No. 218. NEKOOSA EDWARDS PAPER Co. *v.* RAILROAD COMMISSION OF WISCONSIN. ▮

Argued March 11, 1931. Decided March 16, 1931. *Per Curiam:* In view of the findings of fact by the state court, supported by the evidence, the judgment is affirmed. *Portland Railway Light & Power Co. v. Railroad Commission of Oregon,* 229 U. S. 397, 412; *Miedreich v. Lauenstein,* 232 U. S. 236, 243, 244; *Northern Pacific Ry. Co. v. North Dakota,* 236 U. S. 585, 593. *Messrs. Ray B. Graves* and *Theodore W. Brazeau,* with

788

whom *Mr. B. R. Goggins* was on the brief, for appellant. *Messrs. John W. Reynolds,* Attorney General of Wisconsin, *Herbert H. Naujoks,* Assistant Attorney General, and *H. A. Minahan* were on the brief for appellee. ▮